# EXHIBIT A

# LEGAL DESCRIPTION

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE FOURTH WARD OF THE BOROUGH OF QUEENS, COUNTY OF QUEENS, CITY AND STATE OF NEW YORK, WHICH UPON A CERTAIN MAP ENTITLED, "MAP OF PHRANER FARM, BELONGING TO BROWN, NORRIS AND HARDENBROOK", AND FILED IN THE OFFICE OF THE CLERK OF THE COUNTY OF QUEENS, IS KNOWN AS AND BY THE LOT NUMBER 17 IN BLOCK NUMBER 10 ON MAP OF SAID PROPERTY, BEING 25 FEET FRONT AND REAR BY 100 FEET DEEP, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF 156TH STREET (BROWN STREET), DISTANT 175.26 FEET FROM THE CORNER FORMED BY THE INTERSECTION OF THE EASTERLY SIDE OF 156TH STREET AND THE NORTHERLY SIDE OF BRINKERHOFF AVENUE (STATE STREET);

RUNNING THENCE NORTHERLY ALONG THE EASTERLY SIDE OF 156TH STREET, 25.04 FEET (25 FEET TAX MAP);

THENCE EASTERLY PARALLEL TO THE NORTHERLY SIDE OF BRINKERHOFF AVENUE, 100.10 FEET;

THENCE SOUTHERLY PARALLEL TO THE EASTERLY SIDE OF 156TH STREET, 25.04 FEET (25 FEET TAX MAP);

THENCE WESTERLY PARALLEL TO THE NORTHERLY SIDE OF BRINKERHOFF AVENUE, 100.10 FEET TO THE EASTERLY SIDE OF 156TH STREET AT THE POINT OR PLACE OF BEGINNING.