# EXHIBIT D

## SCHEDULE OF ASSIGNMENTS

The subject Mortgage was assigned to Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for Ocwen Loan Servicing, LLC, by Assignment of Mortgage recorded December 23, 2014 in CRFN: 2014000421735.

The subject Mortgage was assigned to Ocwen Loan Servicing, LLC, by Assignment of Mortgage recorded June 27, 2018 in CRFN: 2018000212270.

25-343612 - jg

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2014121500680001001E949D |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 3

**Document ID:** 2014121500680001    Document Date: 10-29-2014    Preparation Date: 12-15-2014
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| SECURITY CONNECTIONS INC<br>240 TECHNOLOGY DRIVE<br>IDAHO FALLS, ID 83401<br>SUPPORT@SIMPLIFILE.COM | SECURITY CONNECTIONS INC<br>240 TECHNOLOGY DR<br>IDAHO FALLS, ID 83401<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12147 | 5 | Entire Lot | 109-41 156th STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2010000362079

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC<br>1901 E VOORHEES ST STE C<br>DANVILLE, IL 61834 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC<br>1901 E VOORHEES ST STE C<br>DANVILLE, IL 61834 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    12-23-2014 11:54
City Register File No.(CRFN): 2014000421735

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2014121500680001001C961D |
|---|---|

RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)    PAGE 2 OF 3

**Document ID:** 2014121500680001     Document Date: 10-29-2014     Preparation Date: 12-15-2014
Document Type: ASSIGNMENT, MORTGAGE

## PARTIES

**ASSIGNOR/OLD LENDER:**
FIRST RESIDENTIAL MORTGAGE SERVICES
CORPORATION
1901 E VOORHEES ST STE C
DANVILLE, IL 61834

## PARTIES

**ASSIGNEE/NEW LENDER:**
OCWEN LOAN SERVICING LLC
1901 E VOORHEES ST STE C
DANVILLE, IL 61834

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

ALISON CAMERON
OCWEN LOAN SERVICING, LLC
3451 HAMMOND AVE
WATERLOO, IA 50702

Record 1st

## CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York
SELLER'S SERVICING #: ███████ "LAMOUR"

MIN #: ███████████ SIS #: 1-888-679-6377

Date of Assignment: October 29th, 2014
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS at POBOX 2026 FLINT MI 48501, 1901 E VOORHEES ST. STE C, DANVILLE, IL 61834
Assignee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR OCWEN LOAN SERVICING, LLC, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS at PO BOX 2026, FLINT, MI 48501, 1901 E VOORHEES STREET, STE C,, DANVILLE, IL 61834
Executed By: MARIE LAMOUR To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 09/17/2010 Recorded: 10/29/2010 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2010000362079 In the County of Queens, State of New York.

Section/Block/Lot -12147-5

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 1901 E Voorhees Street, Suite C, Danville, IL 61834, P.O. BOX 2026, FLINT, MI 48501-2026

Property Address: 109-41 156TH STREET, JAMAICA, NY 11433
 This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

 KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $325,615.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

 TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

 MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS DESIGNATED NOMINEE FOR FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS
On OCT 31 2014

By: _Alison Cameron_
 Alison Cameron
_____, Assistant Secretary

STATE OF Iowa
COUNTY OF Black Hawk

On the __31st__ day of __October__ in the year __2014__ before me, the undersigned, personally appeared __Alison Cameron__, Assistant Secretary, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Black Hawk, State of Iowa.

WITNESS my hand and official seal,

_Rachel Moore_
RACHEL MOORE
Notary Expires: 09/23/2016 #764817
Black Hawk, Iowa

RACHEL MOORE
COMMISSION NO.764817
MY COMMISSION EXPIRES
SEPTEMBER 23, 2016

(This area for notarial seal)

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2018062500802001001EEB19 |

## RECORDING AND ENDORSEMENT COVER PAGE          PAGE 1 OF 4

**Document ID:** 2018062500802001  **Document Date:** 06-18-2018  **Preparation Date:** 06-25-2018
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST AMERICAN MORTGAGE SOLUTIONS- MOD SEGMENT<br>3 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707<br>SUPPORT@SIMPLIFILE.COM | FIRST AMERICAN TITLE INS<br>3 FIRST AMERICAN WAY<br>SANTA ANA, CA 92707<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 12147 | 5 | Entire Lot | 109-41 156TH STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2010000362079
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MARIE LAMOUR<br>109-41 156TH STREET<br>JAMAICA, NY 11433 | OCWEN LOAN SERVICING LLC<br>1661 WORTHINGTON ROAD, SUITE 100<br>WEST PALM BEACH, FL 33409 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed          06-27-2018 10:04
City Register File No.(CRFN):
                                        2018000212270

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2018062500802001001CE999 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**     PAGE 2 OF 4

**Document ID:** 2018062500802001    Document Date: 06-18-2018    Preparation Date: 06-25-2018
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2014000421735

**PARTIES**

**ASSIGNOR/OLD LENDER:**
MERS AS NOMINEE FOR OCWEN LOAN SERVICING LLC
1901 E VOORHEES ST STE C
DANVILLE, IL 61834

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
1795 INTERNATIONAL WAY
IDAHO FALLS, ID 83402

## CORPORATE ASSIGNMENT OF MORTGAGE

Queens, New York
SELLER'S SERVICING #: ▓▓▓▓▓ "LAMOUR"
SELLER'S LENDER ID#: ▓▓▓▓▓
OLD SERVICING #: ▓▓▓▓▓

MIN #: ▓▓▓▓▓ SIS #: 1-888-679-6377

Date of Assignment: __JUN 1 8 2018__
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR OCWEN LOAN SERVICING LLC, ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST, STE C, DANVILLE, IL 61834
Assignee: OCWEN LOAN SERVICING, LLC at 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409
Executed By: MARIE LAMOUR To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
Date of Mortgage: 09/17/2010 Recorded: 10/29/2010 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument Number: 2010000362079 In the County of Queens, State of New York.

Assigned Wholly by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR FIRST RESIDENTIAL MORTGAGE SERVICES CORPORATION, ITS SUCCESSORS AND/OR
ASSIGNS TO MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR OCWEN LOAN SERVICING, LLC., ITS SUCCESSORS AND/OR ASSIGNS Dated: 10/31/2014 Recorded: 12/23/2014 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2014000421735

Section/Block/Lot NA-12147-5

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a physical address at 1901 E Voorhees Street, Suite C, Danville, IL 61834 and a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Property Address: 109-41 156TH STREET, JAMAICA, NY 11433
   This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

   KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $325,615.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR OCWEN LOAN SERVICING LLC, ITS SUCCESSORS AND/OR ASSIGNS

On __JUN 1 8 2018__
By: _[signature]_
   Beverly J. Clayton
Assistant Secretary

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF FLORIDA
COUNTY OF PALM BEACH
JS 6/16/2018    JS 6/18/2018
On the __JUN 1 8 2018__ day of __JUNE__ in the year __2018__ before me, the undersigned, personally appeared Beverly J Clayton, Assistant Secretary, <u>personally known to me</u> or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) <u>is</u>(are) subscribed to the within instrument and acknowledged to me that he/<u>she</u>/they executed the same in his/<u>her</u>/their capacity(ies), and that by his/<u>her</u>/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of PALM BEACH, State of FLORIDA.

WITNESS my hand and official seal,

Joe Simmons
Notary Expires: 01/16/2021
State of __Florida__   County of __Palm Beach__

Notary Public State of Florida
Joe Simmons
My Commission GG 131461
Expires 10/16/2021

(This area for notarial seal)