# EXHIBIT F



**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL. The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : Onity |
| Address | : PO Box 24606, , West Palm Beach, FL, 33416, |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS6427053 |
| Mailing Date Step 1 | : 14-MAY-25 00:00 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 15-MAY-25 00:00 AM |
| Filing Date Step 1 Orig | : 15-MAY-25 00:00 AM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 109 -41 156TH ST, , JAMAICA, Queens, NY, 11433, 3132 |
| | |
| Date of Original Loan | : 17-SEP-10 00:00 AM |
| Amt of Original Loan | : 325615 |
| Loan Number Step 1 | : █████████ |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : 1st Lien |
| Type of Reverse Mortgage | : Not Applicable |
| HUD Approval Status | : Not Applicable |
| Loan Details | : Fixed Rate |
| Loan Term | : 40 Year |
| Loan Modification | : No |
| Days Delinquent | : Other |
| Borrower's Name | : Marie Lamour |
| Address | : 10941 156TH ST, JAMAICA, NY 11433 |
| | |
| Borrower's Phone No | : █████████ |
| Filing Status | : Step 1 Completed |

Sincerely,
New York State Department of Financial Services

PHH Mortgage
PO Box 9117
Temecula, CA 92589-9117



9314 8100 1170 1200 6693 80

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

**RETURN RECEIPT (ELECTRONIC)**

Send Payments to:
PHH Mortgage
PO Box 24738
Mail Stop SV19
West Palm Beach, FL 33416

MARIE LAMOUR
10941 156TH ST
JAMAICA, NY 11433-3132

Send Correspondence to:
PHH Mortgage
PO Box 24738
West Palm Beach, FL 33416

9314 8100 1170 1200 6693 80-001-242-2907





**MORTGAGE**

PHH Mortgage Services |PO Box 24738
West Palm Beach FL 33416

Tel: 1-877-744-2506
Fax: 1-856-917-8300

MARIE LAMOUR
10941 156TH ST
JAMAICA, NY 11433-3132

**Property Address:**
109 -41 156TH ST
JAMAICA NY 11433-3132

May 13, 2025

Account Number: ███████

**Sent Via Certified Mail**

YOU MAY BE AT RISK OF FORECLOSURE.
PLEASE READ THE FOLLOWING NOTICE CAREFULLY

As of 05/13/2025, your home loan is 42 days and $3,791.85 dollars in default.

Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home.

Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling.

You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 1-877-744-2506 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution.The longer you wait, the fewer

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

9314810011701200669380-001-242-2909





PHH Mortgage Services |PO Box 24738            Tel: 1-877-744-2506
West Palm Beach FL 33416            Fax: 1-856-917-8300

options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (800) 342-3736 or visit the Department's website at www.dfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property. If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet   been commenced against you.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

**New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure – Statewide Listing by County**

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Better Community Neighborhoods Inc. | Albany | 670 Franklin Street, Suite 201 Schenectady, NY 12307 | (518) 372-7616 | HOPP. Spanish speaking staff available |
| Affordable Housing Partnership of the Capital Region Inc. | Albany | 255 Orange St. Albany, NY 12210 | (518) 434-1730 ext. 401 | HOPP. Also serves surrounding areas |
| United Tenants of Albany | Albany | 295 Hamilton St. Albany, NY 12210 | (518) 436-8997 ext. 3 | HOPP, For tenants whose buildings are in the process of foreclosure or have been foreclosed on |
| Albany County Rural | Albany | PO Box 407 (mailing) 24 Martin Road (Physical) Voorheesville, NY 12186 | (518) 765-2425 ext. 2589 | HOPP. Also serves surrounding areas |
| Allegany County Community Opportunities and Rural Development (ACCORD) Corp. | Allegany | 84 Schuyler Street P.O. Box 573 Belmont, NY 14813 | (585) 268-7605 ext. 1119 Darla or (585) 268-7605 ext. 1022 Patty | HOPP. Also serves surrounding areas |
| Legal Aid Society-Bronx | Bronx | 260 East 161 Street Bronx, NY 10451 | (646) 340-1908 | HOPP. Spanish, German, uses a language translation service |
| The Bronx Neighborhood Housing Services | Bronx | 1451 East Gun Hill Rd, 2nd Floor Bronx, NY 10469 | (718) 881-1180 | HOPP. Spanish speaking staff available |
| Mutual Housing Association of New York Management Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond | 470 Vanderbilt Avenue, 9th Floor Brooklyn, NY 11238 | (718) 246-8080 ext. 203 | HOPP. Spanish, French, Greek, Hindi, Creole |
| Housing and Family Services of Greater New York, Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester | 415 Albemarle Rd. Brooklyn, NY 11218 | (718) 435-7585 | HOPP. Spanish, French, Mandarin, Russian, Cantonese |
| Neighbors Helping Neighbors (NHN) | Bronx,Kings, Nassau, NewYork, Queens, Richmond, Suffolk, Westchester | 621 Degraw St. Brooklyn, NY 11217 | (718) 237-2017 | HOPP |
| Neighborhood Housing Services, Jamaica | Bronx,Kings, Nassau, Queens, Suffolk, Westchester | 89-70 162nd St. Jamaica, NY 11432 | (718) 291-7400 | HOPP. Spanish speaking staff available |
| Harlem Congregations for Community Development | Bronx, Kings, New York, Queens, Richmond | 256 W. 153rd Street. New York, NY 10039 | (212) 281-4887, ext. 206 or 231 ext. 214 | Spanish speaking staff available |


93148100117012006069380-001-242-2911

| | | | | |
|---|---|---|---|---|
| Grow Brooklyn, Inc. (Brooklyn Cooperative Federal Credit Union) | Bronx, Kings, New York, Queens, Richmond | 1474 Myrtle Avenue Brooklyn, NY 11237 | (718) 418-8232 ext.2060 | HOPP. French |
| Neighborhood Housing Services of Brooklyn | Bronx, Kings, New York, Queens, Richmond | 2806 Church Ave. Brooklyn, NY 11226 | (718) 469-4679 | HOPP. Uses a language translation service |
| Legal Aid Society-Queens | Bronx, Queens | 153-01 Jamaica Ave. Jamaica, NY 11432 | (718) 298-8979 | HOPP. English, Spanish. Uses a language translation service. |
| Metro Interfaith Housing Management Corp. | Broome | 21 New Street Binghamton, NY 13903 | (607) 723-0582 | HOPP |
| Chautauqua Opportunities, Inc. | Cattaraugus | 17 West Courtney Street Dunkirk, NY 14048 | (716) 366-8176 or (716) 661-9430 | HOPP |
| Clearpoint, A division of Money Management International | Cayuga | 5794 Widewaters Parkway Syracuse, NY 13214 | (713) 394-3232 | |
| Chautauqua Home Rehabilitation and Improvement Corp. (CHRIC) | Chautauqua | 2 Academy Street Mayville, NY 14757 | (716) 753-4650 | Spanish speaking staff available |
| Neighborhood Housing Services of South Buffalo | Chautauqua, Allegany | 1937 South Park Ave. Buffalo, NY 14220 | (716) 823-3630 | Erie, Niagara,Chautauqua |
| Arbor Housing and Development | Chemung | 26 Bridge St. Corning, NY 14830 | (607) 654-7487 | HOPP |
| Catholic Charities of Chemung/Schuyler Counties | Chemung | 215 East Church Street, Suite 101 Elmira, NY 14901 | (607) 734-9784 or (607) 317-5753 | HOPP |
| Friends of the North Country | Clinton | 1387 Hardscrabble Road Cadyville, NY 12918 | (518) 293-5045 ext. 135 and 136 | HOPP |
| Housing Assistance Program of Essex County (HAPEC) | Clinton | 103 Hand Avenue,PO Box 157 Elizabethtown, NY 12932 | (518) 873-6888 | HOPP |
| Galvan Housing Resources | Columbia | 252 Columbia Street Hudson, NY 12534 | (518) 822-0707 | HOPP |
| Cortland Housing Assistance Council, Inc. | Cortland | 36 Taylor Street Cortland, NY 13045 | (607) 753-8271 | |
| Western Catskills Community Revitalization Council (WCCRC) | Delaware | 125 Main Street Stamford, NY 12167 | (607) 652-2823 ext. 105 | HOPP |
| Delaware Opportunities, Inc. | Delaware | 35430 State Hgwy.10 Hamden, NY 13782 | (607) 746-1650 | |
| RUPCO, Inc. | Delaware | 301 Fair Street Kingston, NY 12401 | (845) 331-9860 | HOPP. Spanish speaking staff available |
| Hudson River Housing, Inc. | Dutchess | 313 Mill Street Poughkeepsie, NY 12601 | (845) 454-5176 ext. 602 | HOPP |
| Putnam County Housing Corp. | Dutchess | 11 Seminary Hill Road Carmel, NY 10512 | (845) 225-8493 | HOPP. Serving Southern section of county |
| Consumer Credit Counseling Services of Buffalo, Inc. | Erie | 40 Gardenville Parkway, Suite 300 West Seneca, NY 14224 | (800) 926-9685 OR (716) 712-2060 | HOPP |
| Buffalo Urban League | Erie | 15 Genesee Street Buffalo, | (716) 250-2458 | HOPP |

| | | NY 14203 | | |
|---|---|---|---|---|
| Belmont Housing Resources | Erie | 2393 Main Street Buffalo, NY 14214 | (716) 884-7791 ext. 330 | HOPP |
| Franklin County Community Housing Council Inc. | Franklin | 337 West Main Street Malone, NY 12953 | (518) 483-5934 | HOPP |
| Clearpoint, a division of Money Management International | Franklin | 215 Washington St., Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Utica Neighborhood Housing Service, Inc DBA HomeOwnershipCenter | Fulton | 1611 Genesee Street Utica, NY 13501 | (315) 724-4197 | HOPP |
| Clearpoint, a division of Money Management International | Jefferson | 215 Washington St. Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Council of Jewish Organizations of Flatbush, Inc. | Kings | 1523 Avenue M Brooklyn, NY 11230 | (718) 377-2900 ext. 7625 | Arabic, Russian and Spanish speaking staff available |
| Southern Brooklyn Community Organization | Kings | 4006 18th Ave. Brooklyn, NY 11218 | (718) 435-1300 | news@sbcony.org |
| Brooklyn Volunteer Lawyers Project | Kings | 44 Court Street, Suite 1206 Brooklyn, NY 11201 | (718) 624-3894 | HOPP. uses a language translation service. |
| Bridge Street Dev. Corp. | Kings | 460 Nostrand Ave., Brooklyn, NY 11216 | (718) 636-7596 | Spanish speaking staff available |
| Cypress Hills Local Dev. Corp. | Kings | Main Office: 625 Jamaica Avenue Brooklyn, NY 11208 Housing Counseling Division: 3214 Fulton Street Brooklyn, NY 11208 | (718) 647-8100 | Spanish and French speaking staff available |
| Neighborhood Housing Services of Bedford-Stuyvesant CDC Inc. (dba Brooklyn Neighborhood Services CDC, Inc.) | Kings | 1012 Gates Ave., 2nd Floor Brooklyn, NY 11221 | (718) 919-2100 | HOPP |
| CAMBA | Kings | 20 Snyder Avenue Brooklyn, NY 11226 | (718) 940-6311 | HOPP. Haitian Creole speaking staffavailable |
| GreenPath Debt Solutions | Kings | 175 Remsen St., Suite 1102 Brooklyn, NY 11201 | (866) 285-4033 | |
| Brooklyn Neighborhood Services | Kings, Queens | 506 MacDonough Street Brooklyn, NY 11233 | (718) 881-1180 | HOPP. Spanish |
| Clearpoint, a division of Money Management International | Lewis | 215 Washington St. Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| The Housing Council at PathStone | Livingston | 75 College Ave. Rochester, NY 14607 | (585) 546-3700 or homeadvocate@ paths tone.org | HOPP |
| Community Action Program for Madison County | Madison | 3 East Main St. Morrisville, NY 13408 | (315) 684-3144 | ASL trained staff available |
| Urban League of Rochester | Monroe | 265 North Clinton Ave. Rochester, NY | (585) 325-6530 | |
| Empire Justice Center | Monroe | 1 West Main Street, Suite 200 Rochester, NY 14610 | (585) 454-4060 | HOPP |
| LIFE, Inc. | Nassau | 112 Spruce Street, Suite 5 Cedarhurst, NY 11516 | (516) 374-4564 ext.1038 | HOPP |



| La Fuerza Unida, Inc. | Nassau | 40 Glen St. Suite 1 Glen Cove, NY 11542 | (516) 759-0788 ext. 2, ext. 3 and ext. 5 | HOPP. Spanish speaking staff available |
|---|---|---|---|---|
| Hispanic Brotherhood, Inc. | Nassau | 59 Clinton Ave. Rockville Centre, NY 11570 | (516) 766-6610 | HOPP. Spanish speaking staff available |
| The SafeGuard Group | Nassau, Suffolk | 67 Fort Salonga Road Northport, NY 11768 | 1-(800) 673-6993 ext. 146 | HOPP. Spanish speaking staff available |
| Long Island Housing Services, Inc. | Nassau, Suffolk | 640 Johnson Ave., Suite 8 Bohemia, NY 11716 | (631) 567-5111 | HOPP |
| American Debt Resources, Inc. | Nassau, Suffolk | 384 Larkfield Rd, Suite 1 East Northport, NY 11731 | (631) 651-2634 | HOPP. Spanish speaking staff available |
| Touro Law Center | Nassau, Suffolk | 225 Eastview Drive Central Islip, NY 11722 | (631) 761-7080 | HOPP |
| AAFE Community Development Fund, Inc. | New York | 111 Division Street New York, NY 10002 | (212) 964-2288 | Chinese and Korean speaking staff available |
| Abyssinian Development Corp. | New York | 2283 Adam Clayton Powell Jr. Blvd New York, NY 10030 | (646) 442-6545 | |
| GreenPath Debt Solutions | New York | 31 West 34th Street, Suite 7030 New York, NY 10001 | (866) 285-4059 | |
| Neighborhood Housing Services of NYC | New York | Main office: 307 West 36th St., 12th floor New York, NY 10018 Main foreclosure department: 2475 Westchester Avenue Bronx, NY 10461 | (929) 268-3790 | Spanish speaking staff available:Bronx, New York |
| West Side Neighborhood Housing Services, Inc. | Niagara | 359 Connecticut Street Buffalo, NY 14213 | (800) 223-0164 | HOPP |
| Clearpoint, a division of Money Market International | Oneida | 5794 Widewaters Parkway Syracuse, NY 13214 | (713) 394-3232 | |
| Clearpoint Credit Counseling Solutions | Onondaga | 5794 Widewaters Parkway Syracuse, NY 13214 | (800) 750-2227 | |
| Keuka Housing Council | Ontario | 160 Main St.Penn Yan, NY 14527 | (315) 536-8707 | HOPP |
| Community Action in Self Help | Ontario, Seneca, Wayne | 48 Water St. Lyons, NY 14489 | (315) 946-6992 | Ontario, Seneca, Wayne |
| Orange County Rural Development Advisory Corp. (RDAC) | Orange | 3 North St Walden, NY 12586 | (845) 713-4568 | HOPP |
| Consumer Credit Counseling Service of Rochester, Inc. | Orleans | 1050 University Ave., Suite A Rochester, NY 14607 | (888) 724-2227 OR (585) 546-3440 | HOPP |
| Fulton Community Development Agency | Oswego | 125 West Broadway Fulton, NY 13069 | (315) 593-7166 | HOPP |
| Clearpoint, a division of | Oswego | 5794 Widewaters | (713) 394-3232 | |

| | | | | |
|---|---|---|---|---|
| Money Market International | | Parkway Syracuse, NY 13214 | | |
| Queens Volunteer Lawyers Project, Inc. | Queens | 90-35 148th Street Jamaica, NY 11435 | (718) 739-4100 | HOPP. Spanish |
| Neighborhood Housing Services of Queens | Queens | 6020 Woodside Avenue Lower Level Flushing, NY 11377 | (718) 457-1017 | HOPP. Spanish speaking staff available. |
| Margert Community Corporation | Queens | 325 Beach 37th Street Far Rockaway, NY 11691 | (718) 471-3724 | HOPP. Spanish speaking staff available |
| Queens Community House | Queens | 108-25 62nd Drive Forest Hills, NY 11375 | (718) 592-5757 | |
| Neighborhood Housing Services, Staten Island | Richmond | 192 Corson Ave Staten Island, NY 10301 | (718) 313-4890 | HOPP |
| Northfield Community Local Dev. Corp. of Staten Island | Richmond | 160 Heberton Ave. Staten Island, NY 10302 | (718) 442-7351 | |
| Rockland Housing Action Coalition | Rockland | 475 Route 304 Ste.1 New City, NY 10956 | (845) 708-5799 ext. 202 | HOPP. Spanish, Creole, Hebrew, and ASL speaking staff available |
| Troy Rehabilitation and Improvement Program (TRIP) | Saratoga | 409 River Street, 1st Floor Troy, NY 12180 | (518) 816-2205 or (518) 949-9001 | HOPP. Serving residents of Southern Saratoga County |
| North Country Housing Council | St. Lawrence | 19 Main Street, Canton, NY 13617 | (315) 386-8576 | |
| Clearpoint, a division of Money Management International | St. Lawrence | 215 Washington St., Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Wyandanch Community Development | Suffolk, Only town of Babylon | 59 Cumberbach Street Wyandanch, NY 11798 | (631) 253-0139 or (631) 643-4786 | Only serves town of Babylon |
| Central Islip Civic Council, Inc. | Suffolk | 68 Wheeler Rd. Central Islip, NY 11722 | (631) 348-0669 | HOPP. Spanish speaking staff available |
| Community Development Corporation of Long Island (CDCLI) | Suffolk | 2100 Middle Country Rd., Suite 300 Centereach, NY 11720 | (631) 471-1215 ext. 158 | HOPP. Spanish speaking staff available |
| Economic Opportunity Council of Suffolk, Inc. | Suffolk | 320 Carleton Ave., Suite 7800 Central Islip, NY 11722 | (631) 647-3762 ext. 204 or (631) 968-8000 ext.204 | HOPP |
| Housing Help, Inc. | Suffolk | 91 Broadway, Suite 10 Greenlawn, NY 11740 | (631) 754-0373 | HOPP. Spanish speaking staff available |
| North Fork Housing Alliance | Suffolk, Nassau | 116 South Street Greenport, NY 11944 | (631) 477-1070 | Spanish |
| Long Island Housing Partnership, Inc. | Suffolk, Nassau | 180 Oser Ave. Suite 800 Hauppauge, NY 11788 | (631) 435-4710 | HOPP. Spanish speaking staff available |
| Rural Sullivan Housing Corp. | Sullivan | 33 Lakewood Ave. Monticello, NY 12701 | (845) 794-0348 | |
| Clearpoint, a division of Money Management International | Tioga | The Metro Center 49 Court St. Binghamton, NY 13901 | (713) 394-3232 | |
| Clearpoint, a division of Money Management International | Tompkins | The Metro Center 49 Court St. Binghamton, NY 13901 | (713) 394-3232 | |
| Greenpath | Westchester, nationwide | One Barker Ave., Suite 420 White Plains, NY 10601 | (888) 366-9140 | |
| Westchester Residential | Westchester | 470 Mamaroneck Ave., | (914) 428-4507 | HOPP. Spanish and |



9314810011701200669380-001-242-2915

| | | | | |
|---|---|---|---|---|
| Opportunities (WRO, INC) | | Suite 410 White Plains, NY 10605 | | French speaking staff available |
| Community Housing Innovations, Inc. | Westchester | 75 South Broadway, Ste 340 White Plains, NY 10601 | (914) 683-1010 | HOPP |
| Human Development Services of Westchester, Inc. | Westchester | 26 North Main Street Port Chester, New York 10573 | (914) 939-2005 | HOPP. Spanish speaking counselors available |
| Legal Aid Society of Rockland County, Inc. | Rockland | 2 Congers Road, Suite 1 New City, NY 10956 | (845) 634-3627 | HOPP |
| Legal Aid Society of Northeastern New York, Inc. | Albany, Clinton, Columbia, Essex, Franklin, Fulton, Greene, Hamilton, Montgomery, Rensselaer, St Lawrence, Saratoga, Schenectady, Schoharie, Warren, Washington. St Regis Mohawk Tribe Reservation | 95 Central Avenue Albany, NY 12206 | (833) 628-0087 | HOPP |
| Legal Aid Society of Mid-NY Inc. | Broome, Chenango, Delaware, Herkimer, Jefferson, Lewis, Madison, Oneida, Otsego | 120 Bleecker Street Utica, NY 13501 | (877) 777-6152 | HOPP |
| Frank H. Hiscock Legal Aid Society | Cayuga, Cortland, Onondaga, Oswego | 351 South Warren Street Syracuse, NY 13202 | (315) 422-8191 | HOPP |
| Nassau/Suffolk Law Services | Nassau, Suffolk | One Helen Keller Way Hempstead, NY 11550 | (516) 292-8100 or (631) 232-2400 or (631) 369-1112 | HOPP |
| Nassau Bar Foundation | Nassau, Suffolk, Queens | 15th and West Street Mineola, NY 11501 | (516) 666-4857 | HOPP |
| The Legal Project | Albany, Columbia, Fulton, Greene, Montgomery, Rensselaer, Saratoga, Schenectady, Schoharie, Warren, Washington | 24 Aviation Road, STE 101 Albany, New York 12205 | (518) 435-1770 | HOPP |
| Center for Elder Law and Justice | Erie, Genesee, Niagara, Orleans, Wyoming | 438 Main Street, Suite 1200 Buffalo, NY 14202 | (716) 853-3087 | HOPP |
| The Legal Aid Bureau of Buffalo, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 290 Main Street, Suite 400 Buffalo, NY 14202 | (716) 855-0203 ext. 118 | HOPP |

| | | | | |
|---|---|---|---|---|
| Western New York Law Center, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 37 Franklin Street, Suite 210 Buffalo, NY 14202 | (716) 855-0203 x118 mortgage foreclosure OR (716) 855-0203 x124 tax foreclosure and for mortgage or tax surplus cases | |
| Legal Assistance of Western New York, Inc. | Allegany, Cattaraugus, Chautauqua, Chemung, Livingston, Ontario, Schyler, Seneca, Steuben, Tioga, Tompkins Wayne, Yates | 361 South Main Street Geneva, NY 14456 | (866) 781-5235 (call to be directed to correct office) | HOPP |
| Legal Services of the Hudson Valley | Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster, Westchester | 90 Maple Avenue White Plains, NY 10601 | (877) 574-8529 | HOPP |
| Chhaya Community Development Corporation | Queens | 37-43 77th Street #2, Jackson Heights, NY 11372 | 718-478-3848 | HOPP |
| Asian Americans for Equality | New York | 108 Norfolk Street New York NY 10002 | 212-979-8381 | |



9314810011701200669380-001-242-2917

PHH Mortgage
PO Box 9117
Temecula, CA 92589-9117



*2400626109*

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
PHH Mortgage
PO Box 24738
Mail Stop SV19
West Palm Beach, FL 33416

MARIE LAMOUR
10941 156TH ST
JAMAICA, NY 11433-3132

Send Correspondence to:
PHH Mortgage
PO Box 24738
West Palm Beach, FL 33416





**MORTGAGE**

PHH Mortgage Services |PO Box 24738          Tel: 1-877-744-2506
West Palm Beach FL 33416                      Fax: 1-856-917-8300

MARIE LAMOUR
10941 156TH ST
JAMAICA, NY 11433-3132

**Property Address:**
109 -41 156TH ST
JAMAICA NY 11433-3132

May 13, 2025                          Account Number: ▮▮▮▮▮▮▮

**Sent Via First-Class Mail**

YOU MAY BE AT RISK OF FORECLOSURE.
PLEASE READ THE FOLLOWING NOTICE CAREFULLY

As of 05/13/2025, your home loan is 42 days and $3,791.85 dollars in default.

Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home.

Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling.

You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free housing counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 1-877-744-2506 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution.The longer you wait, the fewer

NMLS: 2726                  www.PHHMortgage.com                  XC255

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

240062610900-001-242-2909





PHH Mortgage Services |PO Box 24738                         Tel: 1-877-744-2506
West Palm Beach FL 33416                                     Fax: 1-856-917-8300

options you may have.

If you have not taken any actions to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (800) 342-3736 or visit the Department's website at www.dfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property.  If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave. You legally remain the owner of and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet   been commenced against you.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

## New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure – Statewide Listing by County

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Better Community Neighborhoods Inc. | Albany | 670 Franklin Street, Suite 201 Schenectady, NY 12307 | (518) 372-7616 | HOPP. Spanish speaking staff available |
| Affordable Housing Partnership of the Capital Region Inc. | Albany | 255 Orange St. Albany, NY 12210 | (518) 434-1730 ext. 401 | HOPP. Also serves surrounding areas |
| United Tenants of Albany | Albany | 295 Hamilton St. Albany, NY 12210 | (518) 436-8997 ext. 3 | HOPP, For tenants whose buildings are in the process of foreclosure or have been foreclosed on |
| Albany County Rural | Albany | PO Box 407 (mailing) 24 Martin Road (Physical) Voorheesville, NY 12186 | (518) 765-2425 ext. 2589 | HOPP. Also serves surrounding areas |
| Allegany County Community Opportunities and Rural Development (ACCORD) Corp. | Allegany | 84 Schuyler Street P.O. Box 573 Belmont, NY 14813 | (585) 268-7605 ext. 1119 Darla or (585) 268-7605 ext. 1022 Patty | HOPP. Also serves surrounding areas |
| Legal Aid Society-Bronx | Bronx | 260 East 161 Street Bronx, NY 10451 | (646) 340-1908 | HOPP. Spanish, German, uses a language translation service |
| The Bronx Neighborhood Housing Services | Bronx | 1451 East Gun Hill Rd, 2nd Floor Bronx, NY 10469 | (718) 881-1180 | HOPP. Spanish speaking staff available |
| Mutual Housing Association of New York Management Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond | 470 Vanderbilt Avenue, 9th Floor Brooklyn, NY 11238 | (718) 246-8080 ext. 203 | HOPP. Spanish, French, Greek, Hindi, Creole |
| Housing and Family Services of Greater New York, Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester | 415 Albemarle Rd. Brooklyn, NY 11218 | (718) 435-7585 | HOPP. Spanish, French, Mandarin, Russian, Cantonese |
| Neighbors Helping Neighbors (NHN) | Bronx,Kings, Nassau, NewYork, Queens, Richmond, Suffolk, Westchester | 621 Degraw St. Brooklyn, NY 11217 | (718) 237-2017 | HOPP |
| Neighborhood Housing Services, Jamaica | Bronx,Kings, Nassau, Queens, Suffolk, Westchester | 89-70 162nd St. Jamaica, NY 11432 | (718) 291-7400 | HOPP. Spanish speaking staff available |
| Harlem Congregations for Community Development | Bronx, Kings, New York, Queens, Richmond | 256 W. 153rd Street. New York, NY 10039 | (212) 281-4887, ext. 206 or 231 ext. 214 | Spanish speaking staff available |

240062610900-001-242-2911



| Grow Brooklyn, Inc. (Brooklyn Cooperative Federal Credit Union) | Bronx, Kings, New York, Queens, Richmond | 1474 Myrtle Avenue Brooklyn, NY 11237 | (718) 418-8232 ext.2060 | HOPP. French |
|---|---|---|---|---|
| Neighborhood Housing Services of Brooklyn | Bronx, Kings, New York, Queens, Richmond | 2806 Church Ave. Brooklyn, NY 11226 | (718) 469-4679 | HOPP. Uses a language translation service |
| Legal Aid Society-Queens | Bronx, Queens | 153-01 Jamaica Ave. Jamaica, NY 11432 | (718) 298-8979 | HOPP. English, Spanish. Uses a language translation service. |
| Metro Interfaith Housing Management Corp. | Broome | 21 New Street Binghamton, NY 13903 | (607) 723-0582 | HOPP |
| Chautauqua Opportunities, Inc. | Cattaraugus | 17 West Courtney Street Dunkirk, NY 14048 | (716) 366-8176 or (716) 661-9430 | HOPP |
| Clearpoint, A division of Money Management International | Cayuga | 5794 Widewaters Parkway Syracuse, NY 13214 | (713) 394-3232 | |
| Chautauqua Home Rehabilitation and Improvement Corp. (CHRIC) | Chautauqua | 2 Academy Street Mayville, NY 14757 | (716) 753-4650 | Spanish speaking staff available |
| Neighborhood Housing Services of South Buffalo | Chautauqua, Allegany | 1937 South Park Ave. Buffalo, NY 14220 | (716) 823-3630 | Erie, Niagara,Chautauqua |
| Arbor Housing and Development | Chemung | 26 Bridge St. Corning, NY 14830 | (607) 654-7487 | HOPP |
| Catholic Charities of Chemung/Schuyler Counties | Chemung | 215 East Church Street, Suite 101 Elmira, NY 14901 | (607) 734-9784 or (607) 317-5753 | HOPP |
| Friends of the North Country | Clinton | 1387 Hardscrabble Road Cadyville, NY 12918 | (518) 293-5045 ext. 135 and 136 | HOPP |
| Housing Assistance Program of Essex County (HAPEC) | Clinton | 103 Hand Avenue,PO Box 157 Elizabethtown, NY 12932 | (518) 873-6888 | HOPP |
| Galvan Housing Resources | Columbia | 252 Columbia Street Hudson, NY 12534 | (518) 822-0707 | HOPP |
| Cortland Housing Assistance Council, Inc. | Cortland | 36 Taylor Street Cortland, NY 13045 | (607) 753-8271 | |
| Western Catskills Community Revitalization Council (WCCRC) | Delaware | 125 Main Street Stamford, NY 12167 | (607) 652-2823 ext. 105 | HOPP |
| Delaware Opportunities, Inc. | Delaware | 35430 State Hgwy.10 Hamden, NY 13782 | (607) 746-1650 | |
| RUPCO, Inc. | Delaware | 301 Fair Street Kingston, NY 12401 | (845) 331-9860 | HOPP. Spanish speaking staff available |
| Hudson River Housing, Inc. | Dutchess | 313 Mill Street Poughkeepsie, NY 12601 | (845) 454-5176 ext. 602 | HOPP |
| Putnam County Housing Corp. | Dutchess | 11 Seminary Hill Road Carmel, NY 10512 | (845) 225-8493 | HOPP. Serving Southern section of county |
| Consumer Credit Counseling Services of Buffalo, Inc. | Erie | 40 Gardenville Parkway, Suite 300 West Seneca, NY 14224 | (800) 926-9685 OR (716) 712-2060 | HOPP |
| Buffalo Urban League | Erie | 15 Genesee Street Buffalo, | (716) 250-2458 | HOPP |

| | | NY 14203 | | |
|---|---|---|---|---|
| Belmont Housing Resources | Erie | 2393 Main Street Buffalo, NY 14214 | (716) 884-7791 ext. 330 | HOPP |
| Franklin County Community Housing Council Inc. | Franklin | 337 West Main Street Malone, NY 12953 | (518) 483-5934 | HOPP |
| Clearpoint, a division of Money Management International | Franklin | 215 Washington St., Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Utica Neighborhood Housing Service, Inc DBA HomeOwnershipCenter | Fulton | 1611 Genesee Street Utica, NY 13501 | (315) 724-4197 | HOPP |
| Clearpoint, a division of Money Management International | Jefferson | 215 Washington St. Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Council of Jewish Organizations of Flatbush, Inc. | Kings | 1523 Avenue M Brooklyn, NY 11230 | (718) 377-2900 ext. 7625 | Arabic, Russian and Spanish speaking staff available |
| Southern Brooklyn Community Organization | Kings | 4006 18th Ave. Brooklyn, NY 11218 | (718) 435-1300 | news@sbcony.org |
| Brooklyn Volunteer Lawyers Project | Kings | 44 Court Street, Suite 1206 Brooklyn, NY 11201 | (718) 624-3894 | HOPP. uses a language translation service. |
| Bridge Street Dev. Corp. | Kings | 460 Nostrand Ave., Brooklyn, NY 11216 | (718) 636-7596 | Spanish speaking staff available |
| Cypress Hills Local Dev. Corp. | Kings | Main Office: 625 Jamaica Avenue Brooklyn, NY 11208 Housing Counseling Division: 3214 Fulton Street Brooklyn, NY 11208 | (718) 647-8100 | Spanish and French speaking staff available |
| Neighborhood Housing Services of Bedford-Stuyvesant CDC Inc. (dba Brooklyn Neighborhood Services CDC, Inc.) | Kings | 1012 Gates Ave., 2nd Floor Brooklyn, NY 11221 | (718) 919-2100 | HOPP |
| CAMBA | Kings | 20 Snyder Avenue Brooklyn, NY 11226 | (718) 940-6311 | HOPP. Haitian Creole speaking staffavailable |
| GreenPath Debt Solutions | Kings | 175 Remsen St., Suite 1102 Brooklyn, NY 11201 | (866) 285-4033 | |
| Brooklyn Neighborhood Services | Kings, Queens | 506 MacDonough Street Brooklyn, NY 11233 | (718) 881-1180 | HOPP. Spanish |
| Clearpoint, a division of Money Management International | Lewis | 215 Washington St. Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| The Housing Council at PathStone | Livingston | 75 College Ave. Rochester, NY 14607 | (585) 546-3700 or homeadvocate@ paths tone.org | HOPP |
| Community Action Program for Madison County | Madison | 3 East Main St. Morrisville, NY 13408 | (315) 684-3144 | ASL trained staff available |
| Urban League of Rochester | Monroe | 265 North Clinton Ave. Rochester, NY | (585) 325-6530 | |
| Empire Justice Center | Monroe | 1 West Main Street, Suite 200 Rochester, NY 14610 | (585) 454-4060 | HOPP |
| LIFE, Inc. | Nassau | 112 Spruce Street, Suite 5 Cedarhurst, NY 11516 | (516) 374-4564 ext.1038 | HOPP |

240062610-001-242-2913


| La Fuerza Unida, Inc. | Nassau | 40 Glen St. Suite 1 Glen Cove, NY 11542 | (516) 759-0788 ext. 2, ext. 3 and ext. 5 | HOPP. Spanish speaking staff available |
|---|---|---|---|---|
| Hispanic Brotherhood, Inc. | Nassau | 59 Clinton Ave. Rockville Centre, NY 11570 | (516) 766-6610 | HOPP. Spanish speaking staff available |
| The SafeGuard Group | Nassau, Suffolk | 67 Fort Salonga Road Northport, NY 11768 | 1-(800) 673-6993 ext. 146 | HOPP. Spanish speaking staff available |
| Long Island Housing Services, Inc. | Nassau, Suffolk | 640 Johnson Ave., Suite 8 Bohemia, NY 11716 | (631) 567-5111 | HOPP |
| American Debt Resources, Inc. | Nassau, Suffolk | 384 Larkfield Rd, Suite 1 East Northport, NY 11731 | (631) 651-2634 | HOPP. Spanish speaking staff available |
| Touro Law Center | Nassau, Suffolk | 225 Eastview Drive Central Islip, NY 11722 | (631) 761-7080 | HOPP |
| AAFE Community Development Fund, Inc. | New York | 111 Division Street New York, NY 10002 | (212) 964-2288 | Chinese and Korean speaking staff available |
| Abyssinian Development Corp. | New York | 2283 Adam Clayton Powell Jr. Blvd New York, NY 10030 | (646) 442-6545 | |
| GreenPath Debt Solutions | New York | 31 West 34th Street, Suite 7030 New York, NY 10001 | (866) 285-4059 | |
| Neighborhood Housing Services of NYC | New York | Main office: 307 West 36th St., 12th floor New York, NY 10018 Main foreclosure department: 2475 Westchester Avenue Bronx, NY 10461 | (929) 268-3790 | Spanish speaking staff available:Bronx, New York |
| West Side Neighborhood Housing Services, Inc. | Niagara | 359 Connecticut Street Buffalo, NY 14213 | (800) 223-0164 | HOPP |
| Clearpoint, a division of Money Market International | Oneida | 5794 Widewaters Parkway Syracuse, NY 13214 | (713) 394-3232 | |
| Clearpoint Credit Counseling Solutions | Onondaga | 5794 Widewaters Parkway Syracuse, NY 13214 | (800) 750-2227 | |
| Keuka Housing Council | Ontario | 160 Main St.Penn Yan, NY 14527 | (315) 536-8707 | HOPP |
| Community Action in Self Help | Ontario, Seneca, Wayne | 48 Water St. Lyons, NY 14489 | (315) 946-6992 | Ontario, Seneca, Wayne |
| Orange County Rural Development Advisory Corp. (RDAC) | Orange | 3 North St Walden, NY 12586 | (845) 713-4568 | HOPP |
| Consumer Credit Counseling Service of Rochester, Inc. | Orleans | 1050 University Ave., Suite A Rochester, NY 14607 | (888) 724-2227 OR (585) 546-3440 | HOPP |
| Fulton Community Development Agency | Oswego | 125 West Broadway Fulton, NY 13069 | (315) 593-7166 | HOPP |
| Clearpoint, a division of | Oswego | 5794 Widewaters | (713) 394-3232 | |

| Money Market International | | Parkway Syracuse, NY 13214 | | |
|---|---|---|---|---|
| Queens Volunteer Lawyers Project, Inc. | Queens | 90-35 148th Street Jamaica, NY 11435 | (718) 739-4100 | HOPP. Spanish |
| Neighborhood Housing Services of Queens | Queens | 6020 Woodside Avenue Lower Level Flushing, NY 11377 | (718) 457-1017 | HOPP. Spanish speaking staff available. |
| Margert Community Corporation | Queens | 325 Beach 37th Street Far Rockaway, NY 11691 | (718) 471-3724 | HOPP. Spanish speaking staff available |
| Queens Community House | Queens | 108-25 62nd Drive Forest Hills, NY 11375 | (718) 592-5757 | |
| Neighborhood Housing Services, Staten Island | Richmond | 192 Corson Ave Staten Island, NY 10301 | (718) 313-4890 | HOPP |
| Northfield Community Local Dev. Corp. of Staten Island | Richmond | 160 Heberton Ave. Staten Island, NY 10302 | (718) 442-7351 | |
| Rockland Housing Action Coalition | Rockland | 475 Route 304 Ste.1 New City, NY 10956 | (845) 708-5799 ext. 202 | HOPP. Spanish, Creole, Hebrew, and ASL speaking staff available |
| Troy Rehabilitation and Improvement Program (TRIP) | Saratoga | 409 River Street, 1st Floor Troy, NY 12180 | (518) 816-2205 or (518) 949-9001 | HOPP. Serving residents of Southern Saratoga County |
| North Country Housing Council | St. Lawrence | 19 Main Street, Canton, NY 13617 | (315) 386-8576 | |
| Clearpoint, a division of Money Management International | St. Lawrence | 215 Washington St., Suite 005 Watertown, NY 13601 | (713) 394-3232 | |
| Wyandanch Community Development | Suffolk, Only town of Babylon | 59 Cumberbach Street Wyandanch, NY 11798 | (631) 253-0139 or (631) 643-4786 | Only serves town of Babylon |
| Central Islip Civic Council, Inc. | Suffolk | 68 Wheeler Rd. Central Islip, NY 11722 | (631) 348-0669 | HOPP. Spanish speaking staff available |
| Community Development Corporation of Long Island (CDCLI) | Suffolk | 2100 Middle Country Rd., Suite 300 Centereach, NY 11720 | (631) 471-1215 ext. 158 | HOPP. Spanish speaking staff available |
| Economic Opportunity Council of Suffolk, Inc. | Suffolk | 320 Carleton Ave., Suite 7800 Central Islip, NY 11722 | (631) 647-3762 ext. 204 or (631) 968-8000 ext.204 | HOPP |
| Housing Help, Inc. | Suffolk | 91 Broadway, Suite 10 Greenlawn, NY 11740 | (631) 754-0373 | HOPP. Spanish speaking staff available |
| North Fork Housing Alliance | Suffolk, Nassau | 116 South Street Greenport, NY 11944 | (631) 477-1070 | Spanish |
| Long Island Housing Partnership, Inc. | Suffolk, Nassau | 180 Oser Ave. Suite 800 Hauppauge, NY 11788 | (631) 435-4710 | HOPP. Spanish speaking staff available |
| Rural Sullivan Housing Corp. | Sullivan | 33 Lakewood Ave. Monticello, NY 12701 | (845) 794-0348 | |
| Clearpoint, a division of Money Management International | Tioga | The Metro Center 49 Court St. Binghamton,  NY 13901 | (713) 394-3232 | |
| Clearpoint, a division of Money Management International | Tompkins | The Metro Center 49 Court St. Binghamton, NY 13901 | (713) 394-3232 | |
| Greenpath | Westchester, nationwide | One Barker Ave., Suite 420 White Plains, NY 10601 | (888) 366-9140 | |
| Westchester Residential | Westchester | 470 Mamaroneck Ave., | (914) 428-4507 | HOPP. Spanish and |



| | | | | |
|---|---|---|---|---|
| Opportunities (WRO, INC) | | Suite 410 White Plains, NY 10605 | | French speaking staff available |
| Community Housing Innovations, Inc. | Westchester | 75 South Broadway, Ste 340 White Plains, NY 10601 | (914) 683-1010 | HOPP |
| Human Development Services of Westchester, Inc. | Westchester | 26 North Main Street Port Chester, New York 10573 | (914) 939-2005 | HOPP. Spanish speaking counselors available |
| Legal Aid Society of Rockland County, Inc. | Rockland | 2 Congers Road, Suite 1 New City, NY 10956 | (845) 634-3627 | HOPP |
| Legal Aid Society of Northeastern New York, Inc. | Albany, Clinton, Columbia, Essex, Franklin, Fulton, Greene, Hamilton, Montgomery, Rensselaer, St Lawrence, Saratoga, Schenectady, Schoharie, Warren, Washington. St Regis Mohawk Tribe Reservation | 95 Central Avenue Albany, NY 12206 | (833) 628-0087 | HOPP |
| Legal Aid Society of Mid-NY Inc. | Broome, Chenango, Delaware, Herkimer, Jefferson, Lewis, Madison, Oneida, Otsego | 120 Bleecker Street Utica, NY 13501 | (877) 777-6152 | HOPP |
| Frank H. Hiscock Legal Aid Society | Cayuga, Cortland, Onondaga, Oswego | 351 South Warren Street Syracuse, NY 13202 | (315) 422-8191 | HOPP |
| Nassau/Suffolk Law Services | Nassau, Suffolk | One Helen Keller Way Hempstead, NY 11550 | (516) 292-8100 or (631) 232-2400 or (631) 369-1112 | HOPP |
| Nassau Bar Foundation | Nassau, Suffolk, Queens | 15th and West Street Mineola, NY 11501 | (516) 666-4857 | HOPP |
| The Legal Project | Albany, Columbia, Fulton, Greene, Montgomery, Rensselaer, Saratoga, Schenectady, Schoharie, Warren, Washington | 24 Aviation Road, STE 101 Albany, New York 12205 | (518) 435-1770 | HOPP |
| Center for Elder Law and Justice | Erie, Genesee, Niagara, Orleans, Wyoming | 438 Main Street, Suite 1200 Buffalo, NY 14202 | (716) 853-3087 | HOPP |
| The Legal Aid Bureau of Buffalo, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 290 Main Street, Suite 400 Buffalo, NY 14202 | (716) 855-0203 ext. 118 | HOPP |

| | | | | |
|---|---|---|---|---|
| Western New York Law Center, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 37 Franklin Street, Suite 210 Buffalo, NY 14202 | (716) 855-0203 x118 mortgage foreclosure OR (716) 855-0203 x124 tax foreclosure and for mortgage or tax surplus cases | |
| Legal Assistance of Western New York, Inc. | Allegany, Cattaraugus, Chautauqua, Chemung, Livingston, Ontario, Schyler, Seneca, Steuben, Tioga, Tompkins Wayne, Yates | 361 South Main Street Geneva, NY 14456 | (866) 781-5235 (call to be directed to correct office) | HOPP |
| Legal Services of the Hudson Valley | Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster, Westchester | 90 Maple Avenue White Plains, NY 10601 | (877) 574-8529 | HOPP |
| Chhaya Community Development Corporation | Queens | 37-43 77th Street #2, Jackson Heights, NY 11372 | 718-478-3848 | HOPP |
| Asian Americans for Equality | New York | 108 Norfolk Street New York NY 10002 | 212-979-8381 | |



24006261O9-001-242-2917