United States District Court
Eastern District of New York

---

| | |
|---|---|
| PHH Mortgage Corporation, | Civil Action No.: 25-CV-05332 |

Plaintiff,

-against-

Marie Lamour; Secretary of Housing and Urban Development; Stream Innovations Inc.; New York City Environmental Control Board; New York City Parking Violations Bureau; New York City Transit Adjudication Bureau,

"John Doe #1" through "John Doe #12," the last twelve names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises, described in the complaint,

Defendant(s).

---

## NOTICE OF APPEARANCE AND

## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of Plaintiff, by and through its counsel, Robertson, Anschutz, Schneid, Crane and Partners, PLLC, and such counsel hereby requests that copies of all notices given or required to be given and all papers required to be served in this case be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List::

25-343612 - jg

**ERIC S. SHEIDLOWER, ESQ.**

Robertson, Anschutz, Schneid, Crane and Partners, PLLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590

Dated: September 26, 2025

        **Robertson, Anschutz, Schneid, Crane and Partners, PLLC**
        Attorneys for Plaintiff

By: *(signature)*
Eric S. Sheidlower, Esq.
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Email: esheidlower@raslg.com

25-343612 - jg