| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK | | Record # 346068 |
|---|---|---|
| PHH MORTGAGE CORPORATION | Plaintiff(s) | INDEX# 1:25-CV-05332-DLI-JAM |
| against | | Date filed 9/23/2025 |
| MARIE LAMOUR, ET AL. | Defendant(s) | |
| STATE OF NEW YORK | COUNTY OF ALBANY | 25-343612 7775120 |

# SECRETARY OF STATE - AFFIRMATION OF SERVICE

**FARHAD AHMAD** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **9/26/2025 at 12:42 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

## SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT

on **STREAM INNOVATIONS INC., Defendant** in this action and on this date, the address of record with the secretary of state is:

80 STATE STREET ALBANY NY 12207-2543

By delivering to and leaving with **ANTHONY BURRIS**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**    The process server's perception of the description of the person served is as follows:

A Male with White race, Black hair, who is approximately 35 years of age
and has an approximate height of 5' 7" and approximate weight of 155 pounds.

Other identifying features are as follows: None.

I affirm this 26 day of September 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
9/26/2025 - FARHAD AHMAD

PROVEST LLC - 320 CARLETON AVE STE#2600 - CENTRAL ISLIP, NY 11722 - (631)666-6168